UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDY RITZER,

Plaintiff,

-v-

150 AMSTERDAM AVENUE HOLDINGS LLC,
BOVIS LEND LEASE LMB, INC., and S.J. ELECTRIC
INC.,

Defendants.

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: 11/18/13             │
└─────────────────────────────────┘
```

10 Civ. 7372 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: November 18, 2013
New York, New York

_____
ANALISA TORRES
United States District Judge